UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANA ESTEVEZ

   Plaintiff,

-vs-                                              CASE NO.:  3:14-CV-00818-BJD-JRK

VISION FINANCIAL COLLECTION
SERVICES, CORP.

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, Ana Estevez, by and through her undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                  Respectfully Submitted,

                                                  */s/ Amanda J. Allen*
                                                  Amanda J. Allen, Esquire
                                                  FBN: 0098228
                                                  Morgan & Morgan, Tampa,  P.A.
                                                  201 N. Franklin Street, 7th Floor
                                                  Tampa, FL 33602
                                                  Tele:  (813) 223-5505
                                                  Fax:  (813) 223-5402
                                                  AAllen@forthepeople.com
                                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Amanda Allen, hereby certify that on March __18th__, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to:

Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
Abigail S. Pressler, Esq.
Florida Bar No. 0098072
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2463
Facsimile: (866) 466-3140
dvanhoose@sessions-law.biz
apressler@sessions-law.biz
Attorneys for Defendant

*/s/ Amanda Allen*
Amanda Allen, Esquire
Florida Bar #: 0098228